UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANA MARIA ANDIA, M.D., | ) | Case No. 06-CV-0437-WQH(JMA) |
| Plaintiff, | ) ) ) | **ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| CELEBRITY CRUISES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

In view of the pending motion for summary judgment, **IT IS HEREBY ORDERED** that the Mandatory Settlement Conference scheduled for November 5, 2007 is <u>rescheduled</u> for **November 29, 2007** at **10:00 a.m.** Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers no later than **November 21, 2007**. The settlement statements may be delivered directly to chambers, may be e-mailed to efile_adler@casd.uscourts.gov, or

//
//
//
//

1 | may be faxed to (619) 702-9939.

2 | **IT IS SO ORDERED.**

3 | DATED: October 30, 2007

Jan M. Adler
U.S. Magistrate Judge